```
            IN THE UNITED STATES DISTRICT COURT

                 FOR THE DISTRICT OF OREGON

                       PORTLAND DIVISION
```

KATHY JOHNSON,                                          CV. 10-337-MA

        Petitioner,                                      ORDER

  v.

NANCY HOWTON,

        Respondent.

MARSH, Judge

    Petitioner's motion to voluntarily dismiss (#21) is GRANTED.

This proceeding is DISMISSED, without prejudice.

    IT IS SO ORDERED.

    DATED this _15_ day of March, 2011.


                                              __/s/ Malcolm F. Marsh_____
                                              Malcolm F. Marsh
                                              United States District Judge

1 -- ORDER